UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD JAMES HETTLER,

Appellant,

ORDER

v.

Civil No. 01-1616(ADM)

JOHN STOEBNER,

Appellee.

---

RICHARD JAMES HETTLER,

Appellant,

v.

Civil No. 01-2061(JRT)

JOHN STOEBNER,

Appellee.

---

RICHARD JAMES HETTLER,

Appellant,

v.

Civil No. 01-2062(JRT)

JOHN STOEBNER,

Appellee.

---

RICHARD JAMES HETTLER,

Appellant,

v.

Civil No. 01-2429(DWF)

JOHN STOEBNER,

Appellee.

---

Case No. 01-1616(ADM) having been assigned to Judge Ann D. Montgomery and Case Nos. 01-2061(JRT), 01-2062(JRT) and 01-2429(DWF) having been later assigned to Judges Tunheim and Frank, said matters being related cases;

IT IS HEREBY ORDERED that Case Nos. 01-2061, 01-2062, and 01-2429 be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Master list of the automated

FILED FEB 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 2/7/02

JUDGE JOHN R. TUNHEIM
UNITED STATES DISTRICT COURT

Dated: 1/30/02

JUDGE DONOVAN W. FRANK
UNITED STATES DISTRICT COURT

Dated: 2/7/02

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

| | |
|---|---|
| Richard J. Hettler | 01-2061ADM |
| | 01-2062ADM |
| vs. | 01-2429ADM |

John Stoebner

The above-entitled matters have been re-assigned to Judge Ann D. Montgomery pursuant to an Order for Reassignment of Related Cases signed by Judges Montgomery, Tunheim and Frank. These cases are all related to 01-1616 already assigned to Judge Montgomery. Please note the change in judge's initials and refer to them when submitting documents to the court. There is no magistrate judge assigned to these matters.